38201-63596 RER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

**JERRY AND DONNA LAQUIERE,**

    **Plaintiffs,**

**VS.**                                **No.**

                                          **JURY DEMANDED**

**NATIONWIDE PROPERTY AND**
**CASUALTY INSURANCE COMPANY,**

    **Defendant.**

## NOTICE OF REMOVAL

       Defendant Nationwide Property and Casualty Insurance Company, ("Nationwide"), hereby notifies the Judges of the United States District Court for the Middle District of Tennessee, the clerk of the Circuit Court of Davidson County, Tennessee and Plaintiffs, Jerry and Donna LaQuiere, that the action described herein and filed in the Circuit Court of Davidson County, Tennessee, is removed to the United States District Court for the Middle District of Tennessee, Nashville Division pursuant to 28 U.S.C. § 1441.

       1.     On January 13, 2017, Plaintiffs, Jerry and Donna LaQuiere, filed a civil action bearing Docket No. 17-C-100, against the Defendant, Nationwide Property and Casualty Insurance Company, in the Circuit Court of Davidson County, Tennessee. Service of the complaint and summons was made upon the Commissioner of Insurance, the designated statutory agent of the Defendant, on January 20, 2017, by certified mail through the Department of Insurance of the State of Tennessee.

       2.     This action is filed by Plaintiffs for proceeds allegedly due under a contract of

insurance written by Defendant Nationwide and insuring Plaintiffs' real property and contents in Davidson County, Tennessee which allegedly suffered damage on or about June 15, 2013. Plaintiffs also make claims of statutory bad faith and violation of the Tennessee Sinkhole Statute.

3. Petitioner seeks removal of this action to this Court upon the grounds that the controversy is wholly between citizens of different states and involves an amount in controversy which exceeds Seventy-five Thousand Dollars ($75,000.00), exclusive of the interest and costs, 28 U.S.C. § 1332 as Plaintiffs have demanded an award specifically exceeding Twenty Five Thousand Dollars ($25,000.00) and have made statements that they received verbal quotes that the cost to repair the property exceeds Two-Hundred Thousand Dollars ($200,000.00).

4. Plaintiffs are residents and citizens of the State of Tennessee and were citizens of the State of Tennessee at the time of the filing of this action and at the time of removal. Defendant Nationwide is a corporation incorporated in Ohio, with its principal place of business in Columbus, Ohio. The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

5. This notice is filed within the time prescribed by 28 U.S.C. §1446(b).

6. A copy of the Summons and Complaint, being all the papers served upon the Defendant, is attached hereto.

WHEREFORE, Notice is hereby given that the said civil action number 17-C-100 is removed from the Circuit Court of Davidson County, Tennessee, to this Court.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

__s/ Russell E. Reviere_____
Russell E. Reviere (BPR No. 07166)
Attorney for Defendant
209 East Main Street
P. O. Box 1147
Jackson, TN  38302-1147
(731) 423-2414
rreviere@raineykizer.com

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was forwarded first class U.S. Mail, postage prepaid to Sonya Wright, 122 North Church Street, Murfreesboro, Tennessee 37130, counselor of record for Plaintiffs, and/or by electronic means via the Court's electronic filing system.

This the 15th day of February, 2017.

**s/ Russell E. Reviere**