IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JERRY LAQUIERE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00362 |
| ) | Judge Trauger |
| NATIONWIDE PROPERTY AND CASUALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

The jury trial scheduled for October 30, 2018 and the pretrial conference scheduled for October 26, 2018 are **CANCELLED**.

It is so **ORDERED**.

ENTER this 25th day of July 2018.

_____
ALETA A. TRAUGER
U.S. District Judge