IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

JERRY AND DONNA LAQUIERE,

    Plaintiffs,

v.                                          No. 3:17-cv-00362
                                          JUDGE ALETA A. TRAUGER

NATIONWIDE PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendant.

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Came this date the parties, by and through counsel of record, and informed the Court that the above-styled matter was resolved by way of mutual compromise. Therefore, the parties moved this Court for entry of an Order of Dismissal with prejudice. The motion being well-taken:

IT IS THEREFORE ORDERED that the above-styled matter, bearing docket number 3:17-cv-00362, is hereby dismissed with prejudice. No discretionary costs will be applied for or awarded. Costs are assessed to Plaintiffs.

IT IS SO ORDERED this the 22nd day of August, 2018.

_____
District Judge Aleta A. Trauger

APPROVED FOR ENTRY BY:

s/Sonya Wright
Sonya Wright (BPR No. 023898)
Farra Wright, PLLC
122 North Church Street
Murfreesboro, Tennessee 37130
(615) 896-8000
Attorney for Plaintiff s

s/ Russell E. Reviere
Russell E. Reviere (BPR No. 07166)
Jonathan D. Stewart (BPR No. 023039)
Rainey, Kizer, Reviere & Bell, P.L.C.
209 East Main Street / P.O. Box 1147
Jackson, Tennessee 38302-1147
(731) 423-2414
Attorneys for Defendant